UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **November 23, 2007
Vargas/Mayorga** Program,

               Plaintiff,

-against-

JOSE L. LIMON a/k/a JOSE LUIS LIMON,
Individually, and as officer, director, shareholder
and/or principal of LOS COMPADRES DE
WAUKEGAN, INC. d/b/a LOS COMPADRES,
and LOS COMPADRES DE WAUKEGAN,
INC. d/b/a LOS COMPADRES,

               Defendants.

---

**DESIGNATION OF
LOCAL COUNSEL**

Civil Action No.
FILED: JUNE 11, 2008
08CV3355
JUDGE PALLMEYER
MAGISTRATE JUDGE BROWN

PH

    COME NOW the Plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL 60602, as resident counsel for the Plaintiff.

Dated:  June 10, 2008
          Ellenville, New York

                               **J & J SPORTS PRODUCTIONS, INC.**

                               By: /s/Julie Cohen Lonstein
                                   JULIE COHEN LONSTEIN, ESQ.
                                   Attorney for Plaintiff
                                   Bar Roll No. 90784647
                                   LONSTEIN LAW OFFICE, P.C.
                                   Office and P.O. Address
                                   1 Terrace Hill : P.O. Box 351
                                   Ellenville, NY 12428
                                   Telephone: (845) 647-8500
                                   Facsimile: (845) 647-6277
                                   Email: Info@signallaw.com
                                   *Our File No. 07-18IL-N03V*