# Affidavit of Process Server

| J+J Sports Productions, Inc | vs | Jose L. Limon, et AL | 08CV3355 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Walter Schwalm**,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Los Compadres de Waukegan**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ **Summons, Complaint, Plaintiffs disclosure Statement, Designation of local Counsel**

by serving (NAME) ✗ _____

at ☒ Home **318 S. Fulton Ave Waukegan**

☐ Business _____

☒ on (DATE) **6/19/08** at (TIME) **7:45 P.M**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Jose Limon – owner of Los Compadres de Waukegan**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and Informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ , ( )_____
DATE TIME  DATE TIME
( )_____ , ( )_____ , ( )_____
DATE TIME  DATE TIME  DATE TIME

**Description:**
☒ Male   ☒ White Skin   ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin   ☐ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
☐ Yellow Skin   ☐ Blond Hair   ☒ 38-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
☐ Brown Skin   ☐ Gray Hair   ☐ Mustache   ☐ 51-65 Yrs.   ☒ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: **brown eyes, spoke with accent**

State of Illinois   County of Cook

_Walter Schwalm_
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this **23** day of **June**, 20 **08**

NOTARY PUBLIC

OFFICIAL SEAL
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

O 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 23, 2007 Vargas/Mayorga Program,
    Plaintiff,

JOSE L. LIMON a/k/a JOSE LUIS LIMON, Individually, and as officer, director, shareholder and/or principal of LOS COMPADRES DE WAUKEGAN, INC. d/b/a LOS COMPADRES, and LOS COMPADRES DE WAUKEGAN, INC. d/b/a LOS COMPADRES,
    Defendants.

CASE NUMBER: 08CV3355

ASSIGNED JUDGE: JUDGE PALLMEYER

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

LOS COMPADRES DE WAUKEGAN, INC. d/b/a LOS COMPADRES
1614 Washington Street
Waukegan, IL 60085
Our File No. 07-18IL-N03V

*Registered Agent & Office for Los Compadres De Waukegan, Inc.*
Jose L. Limon
1614 Washington Street
Waukegan, IL 60085

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845) 647-8500

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



June 11, 2008
Date