# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | RRP |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3355 | **DATE** | 8/19/2008 |
| **CASE TITLE** | J & J Sports Productions, Inc vs. Jose L. Limon, et al | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed without prejudice, with leave to reinstate on or before April 21, 2009. Status hearing set for 8/28/2008 stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|